```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

        AUG 2 8 2013

      CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>KEITH MICHAEL COSTA,<br><br>      Defendant. | 2:13-CR- 337<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR KEITH MICHAEL COSTA |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **KEITH MICHAEL COSTA, #1439295,** before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P Wed 9-5-2013 3:00 PM CWH 3C _____, 2013, at the hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED: August 28, 2013**

_____
UNITED STATES MAGISTRATE JUDGE



1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  333 Las Vegas Blvd., S., Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

5              **UNITED STATES DISTRICT COURT**
6                  **DISTRICT OF NEVADA**
7                         **-oOo-**

8  UNITED STATES OF AMERICA,          )   2:13-cr- 337
9              Plaintiff,             )
                                      )   PETITION FOR WRIT OF HABEAS
10             vs.                    )   CORPUS AD PROSEQUENDUM FOR
                                      )   KEITH MICHAEL COSTA
11 KEITH MICHAEL COSTA,               )
12             Defendant.             )
13 _____ )

14

15         The petition of the United States Attorney for the District of Nevada respectfully

16 shows that **KEITH MICHAEL COSTA**, #1439295, is committed by due process of law in the

17 custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said

18 Warden has consented to the temporary release of the said **KEITH MICHAEL COSTA**

19 pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **KEITH MICHAEL**

20 **COSTA** may be present before the United States Magistrate Judge for the District of

21 Nevada, at Las Vegas, Nevada, on __ I/A & A/P Wed: 9/5/13 _____, 2013, at the hour
                                       3:00 PM  CWH 3C

22 of_____, for Initial Appearance and Arraignment and Plea, and any further

23 proceedings, and from time to time and day to day thereafter until excused by the said

24 Court.

25

26

1     That the presence of the said **KEITH MICHAEL COSTA** before the United

2 States Magistrate Judge on or about ___ I/A & A/P Wed: 9/5/13 3:00 PM  CWH 3C _____, 2013, at the hour of

3 _____, and any further proceedings and from time to time and day to day thereafter

4 until excused by the Court has been ordered by the United States Magistrate or District

5 Judge for the District of Nevada.

6     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

7 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention

8 Center and to the United States Marshal for the District of Nevada, commanding them to

9 produce the said **KEITH MICHAEL COSTA** before the United States District Court on or

10 about ___ I/A & A/P Wed: 9/5/13 3:00 PM  CWH 3C ___, 2013, at the hour of_____, and from time to time

11 and day to day thereafter, at such times and places as may be ordered and directed by the

12 Court entitled above, to appear before the Court, and when excused by the said Court, to

13 be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,

14 Nevada.

15     **DATED** this ___28th___ day of August, 2013.

16                              Respectfully submitted,

17                              DANIEL G. BOGDEN
                               United States Attorney

18

19

20     PHILLIP N. SMITH, JR.
       Assistant United States Attorney

21

22

23

24

25

26