**FILED**
MAR 3 1 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-cr-00337-JAD-GWF |
| Plaintiff, ) | **CONSENT OF DEFENDANT** |
| vs. ) | |
| KEITH MICHAEL COSTA, ) | |
| Defendant. ) | |

The Defendant, KEITH MICHAEL COSTA, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Pre-Sentence Report by the Court prior to acceptance of the plea and/or the plea agreement, pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure. The Defendant further consents to the release of the Pre-Sentence Report to the Court and the parties for their review.

_____
KEITH MICHAEL COSTA
Defendant

_____                _____
STAN HUNTERTON, ESQ.                             PHILLIP N. SMITH, JR.
Counsel for the Defendant                         Assistant United States Attorney

DATED: this 26 day of March, 2014.

APPROVED:

_____
JENNIFER A. DORSEY
United States District Judge

1