UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:13-cr-0337-JAD-GWF |
|---|---|
| Plaintiff | |
| v. | **Order Denying Request to Amend Judgment but Recommending Designation to a California Facility** |
| Keith Michael Costa, | |
| Defendant | [ECF No. 50] |

In May 2014, this court sentenced Keith Michael Costa to 180 months' imprisonment on his convictions for carjacking and unlawful possession of a firearm.[1] At sentencing, the court granted Costa's request and included in the judgment a non-binding recommendation to the Bureau of Prisons (BOP) that Costa be designated to serve his sentence in Arizona.[2] He now asks the court to enter an amended judgment, with a revised recommendation to the BOP that Costa be designated to serve his sentence in a facility near Sacramento, California.[3]

As the government points out, however, this court's short time window for amending its judgment has long passed.[4] But the court may still make a recommendation to the BOP without amending the judgment. Costa explains in his motion that his federal time has not yet commenced because he's been serving a state-court sentence since my last recommendation. And he further explains that his circumstances have changed, and he believes that a facility in California, preferably in the Sacramento area, will "contribute to" his "rehabilitative efforts" and

---

[1] ECF Nos. 36, 37.

[2] ECF No. 37 at 2.

[3] ECF No. 50 at 2.

[4] *See, e.g.*, *United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011) (holding that the district court lacked jurisdiction to amend the judgment eight days after sentencing to add a BOP placement recommendation).

allow him "to be closer to his family and other members of his positive support system once he is transferred from state to federal custody."[5]

Good cause appearing, IT IS HEREBY ORDERED that Costa's motion to amend the judgment **[ECF No. 50] is GRANTED IN PART and DENIED IN PART**. Though the court does not amend the judgment, it hereby **recommends to the BOP that Keith Michael Costa be designated to serve his sentence at a facility near Sacramento, California.**

The Clerk of Court is directed to forward a copy of this order to this district's U.S. **Probation Office to provide to the Bureau of Prisons.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 6, 2022

---

[5] ECF No. 50 at 2.